**Order filed May 12, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00040-CV

———————

## DONG SHENG HUANG, Appellant

## V.

## OVERHAULINGPRO.COM LLC, MARK DENSON AND GARY DENSON, Appellees

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2014-22074**

---

## ORDER

The reporter's record in this case was due **February 22, 2022**. *See* Tex. R. App. P. 35.1.  On April 5, 2022, this court ordered the court reporter to file the record within 30 days.  The record has not been filed with the court.  The court has not received a request to extend time for filing the record. Accordingly, we issue the following order.

We order **Monica D. Grassmuck**, the official court reporter, to file the record in this appeal **within 15 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Monica D. Grassmuck** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Chief Justice Christopher and Justices Wise and Jewell.